IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                      Case No: ___5:05CR002-MCR___

MICHAEL WAYNE BROWN___

       Defendant.

_____

## REPORT AND RECOMMENDATION

Pursuant to the referral by the district judge, the defendant, Michael Wayne Brown, the

defendant's attorney, Charles Lammers, and the attorney for the government, Christopher P.

Canova  appeared before the undersigned magistrate judge on July 22, 2005, for the purposes of

defendant's entry of a plea of guilty.  At that time, the defendant entered a guilty plea to Count I

of the indictment.  The magistrate judge addressed the defendant personally in open court and,

after assuring that the defendant was competent to proceed and had consented to pleading guilty

before a magistrate judge, informed the defendant in accordance with Rule 11, Fed.R.Crim.P. of:

the nature and elements of the charge(s); the mandatory minimum penalty, if any; the maximum

possible penalty including the effect of any supervised release; the fact that the district judge is

required to consider any applicable sentencing guidelines but may depart from these guidelines

under some circumstances; the fact that the district judge may also order the defendant to make

restitution to any victim of the offense; the defendant's constitutional and statutory rights; and the

consequences of pleading guilty.  The defendant acknowledged understanding these

admonishments and the consequences of pleading guilty.  The undersigned also addressed the

defendant concerning the voluntariness of the guilty plea.  Finally, the undersigned assured that

FILED IN OPEN COURT THIS

7/22/05

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

there was a factual basis for the guilty plea.

Based upon the answers to the court's questions from the defendant and from counsel, the undersigned makes the following findings:

1.      The defendant is mentally alert, appears to be reasonably intelligent and understands the nature of the charge(s) and the consequences of a guilty plea;

2.      The defendant has consented to plead guilty before a magistrate judge;

3.      The defendant fully understands the nature of the charge(s) and the penalties;

4.      The defendant understands defendant's constitutional and statutory rights and desires to waive them;

5.      The defendant's plea is freely, knowingly and voluntarily made;

6.      There is a factual basis for the plea;

7.      The defendant fully understands the effect of the sentencing guidelines as they apply to the case and the possible sentence or punishment, including any applicable minimum or mandatory sentences that may be imposed; and

8.      The defendant has made his decision to plead guilty with the advice and counsel of a competent attorney with whom defendant acknowledged he was satisfied.

It is, therefore, respectfully RECOMMENDED that the guilty plea be ACCEPTED and that a judgment of guilty be entered against defendant.

## Notice of Right to Object

Any party who desires to object to the Report and Recommendation must serve and file written objections within 10 days after being served with a copy unless this time period is modified by the district court. A party filing objections must specifically identify those findings, conclusions or recommendations to which objections are being made and the basis for such objections. Such objecting party shall file the objections with the clerk of the court, and serve objections on all parties and the magistrate judge. A party's failure to file written objections to

the proposed findings, conclusions and recommendations contained in this report shall bar the party from a *de novo* determination by the district court.  Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within 10 days after being served with a copy shall bar the aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.

Signed this 22nd day of July, 2005.


Larry A. Bodiford,
United States Magistrate Judge




Copies provided to:

Christopher P. Canova, Assistant U. S. Attorney (via hand-delivery on 07/22/2005)
Russell K. Ramey, Attorney for Defendant (via hand-delivery on 07/22/2005)
Jeffrey G. Law, United States Probation Officer (via hand-delivery on 07/22/2005)