**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.:   5:05cr2/MCR

MICHAEL WAYNE BROWN

_____/

**ACCEPTANCE OF PLEA OF GUILTY**

　　　　Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the Defendant, MICHAEL WAYNE BROWN, to Count I of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

　　　　**DONE and ORDERED** this 3rd day of August, 2005.


　　　　　　　　　　　　　　　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**